# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAYS INN WORLDWIDE, INC., <br><br> Plaintiff <br><br> v. <br><br> GAYATRI HOSPITALITY, INC., PARESH PATEL, MANHAR PATEL, BHAVEN PATEL and AWADHESH SINGH, <br><br> Defendants | Civil Action No. 03-1145 <br><br> Judge Lancaster <br> Magistrate Judge Mitchell |

## ORDER

AND NOW, this 7th day of March, 2006, upon consideration of Plaintiff Days Inn Worldwide, Inc.'s Motion To Reopen Matter And Enter Consent Judgment, any response in opposition thereto and all supporting papers, it is

ORDERED that the captioned matter be reopened for the sole purpose of entering the attached Consent Judgment, and it is further

ORDERED that Judgment shall be entered in the amount of $282,000 in favor of Plaintiff Days Inn Worldwide, Inc. and against Defendants Gayatri Hospitality, Inc., Paresh Patel, Manhar Patel, Bhaven Patel, and Awadhesh Singh, jointly and severally.

BY THE COURT:

_____ J.